TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00393-CV







Steven Wayne Huston and Jeannie Sue Brents, Appellants



v.



State of Texas, Appellee







FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT


NO. 10,194, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING







PER CURIAM


 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellants' Motion

Filed: August 30, 1995

Do Not Publish